# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | | |
|---|---|---|
| *Elmore Hicklin* | ) | |
| *Plaintiff* | ) | |
| | ) | |
| *v.* | ) | **Civil Action No. 3:12-cv-00857** |
| | ) | |
| *Unified Portfolio Servicing, LLC* | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> *Unified Portfolio Servicing, LLC*
> *Greg Cipressi, Owner*
> *3435 Harlem Road, Suite 11 and 12*
> *Cheektowaga, New York 14225*

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John S. Austin, Esq.
> Austin Law Firm, PLLC
> P.O. Box 6580
> Raleigh, NC 27628-6580
> **Of counsel to**
> Lemberg & Associates, LLC
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in



Date _____ **1/2/2013**

Frank G. Johns, Clerk
United States District Court

**Civil Action No. 3:12-cv-00857**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    **This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

☐    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____ **; or**

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____ **, a person of suitable age and discretion who**
    **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
    **known address; or**

☐    **I served the summons on** *(name of individual)* _____ **,**
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____**on** *(date)* _____ **; or**

☐    **I returned the summons unexecuted because** _____ **; or**

☐    **Other** *(specify)***:**
    _____

**My fees are $** _____**for travel and $** _____**for services, for a total of**
**$**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                          **Server's signature**

                                    _____
                                          **Printed name and title**